[Civil No. 559.]

JENNIE M. CROW et al., Appellants, v. R. W. SMALL,
Appellee.

APPEAL from the District Court of the Third Judicial
District in and for the County of Maricopa. A. C. Baker,
Judge.

No appearance for Appellants.

Millay & Bennett, for Appellee.

January 15, 1897. Affirmed.

---

[Civil No. 566.]

J. DE BARTH SHORB, Appellant, v. GEORGE W. HOAD-
LEY, Administrator of the Estate of Robert Garside,
Deceased, Appellee.

APPEAL from the District Court of the Third Judicial
District in and for the County of Maricopa. A. C. Baker,
Judge.

No appearance for Appellant.

Thomas Armstrong, Jr., for Appellee.

January 15, 1897. Affirmed.

---

[Civil No. 560.]

JENNIE M. CROW et al., Appellants, v. ANNA HOREN,
Appellee.

APPEAL from the District Court of the Third Judicial
District in and for the County of Maricopa. A. C. Baker,
Judge.

No appearance for Appellants.

Millay & Bennett, for Appellee.

January 15, 1897. Affirmed.